JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>GABRIEL GUEVARA,<br><br>　　　　Defendant/Petitioner. | EDCV20-1178 VAP ✓<br>[ED CR 12-52 VAP]<br><br>**Judgment** |

Pursuant to the Order Denying the Motion Pursuant to 28 U.S.C. § 2255, judgment is entered in favor of Respondent United States of America.

**IT IS SO ORDERED**

Dated: 3/8/21

　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　United States District Judge